# P | K | M

## PLAVNICKY KINZEL MAKOWSKI LLP

5300 MEMORIAL DRIVE, SUITE 675

HOUSTON, TEXAS 77007

MARY A. WOLTER
OF COUNSEL

TELEPHONE: (713)658.1111
FACSIMILE: (713)658-8253
E-MAIL: WOLTER@PKMTEXAS.COM

July 10, 2013

Judge Lee H. Rosenthal
United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Re:   Case No. 4:13-cv-527; *Blas Esteban Solis v. Mauser USA, LLC*: In the United States District Court for the Southern District of Texas, Houston Division
Our Matter No.: 153.018

Dear Judge Rosenthal:

This is to advise that the referenced claim has settled in principle. The parties are preparing closing documents which will be filed in due course.

Should you have any questions, please contact our office.

Regards,

Mary A. Wolter

Mary A. Wolter